# United States District Court

| **EASTERN** | **DISTRICT OF** | **TENNESSE** |
| --- | --- | --- |

MARY JANE VAN WINKLE,                                      JUDGMENT IN A CIVIL CASE

V.

MICHAEL J. ASTRUE,                                          CASE NUMBER: 3:12-cv-529
Commissioner of Social Security


[]     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.


Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing

the Commissioner's decision with remand in Social Security actions under **sentence four** of

42 U.S.C. § 405(g), this Court hereby enters a judgment under sentence four of 42 U.S.C. § 405(g)

reversing the Commissioner's decision with a remand of the cause to the Commissioner.


|    January 16, 2013    | Debra C. Poplin, Clerk |
| --- | --- |
| Date | |

By   s/ *A. Brush*
Deputy Clerk