# United States District Court

<u>         **EASTERN**         </u>    **DISTRICT OF**    <u>         **TENNESSE**         </u>

| | |
|---|---|
| MARY JANE VAN WINKLE, | JUDGMENT IN A CIVIL CASE |
| V. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security | CASE NUMBER: 3:12-cv-529 |

[ ]     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under **sentence four** of 42 U.S.C. § 405(g), this Court hereby enters a judgment under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner.

| | |
|---|---|
| <u>     January 16, 2013     </u><br>Date | <u>Debra C. Poplin, Clerk</u><br><br>By <u>   s/ *A. Brush*   </u><br>Deputy Clerk |